# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. EDCV 11-1637-CJC(SPx)            Date: February 29, 2012

Title: JUAN M. CEDENO v. INDYMAC MORTGAGE SERVICES, ET AL.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Michelle Urie | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                          None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO SERVE DEFENDANT MAI LA THAO**

       Based on the record before the Court, it is unclear whether Defendant Mai La Thao has appeared in the action or if Defendant Thao was properly served. The Court orders Plaintiff Juan M. Cedeno to show cause why Defendant Thao should not be dismissed for failure to properly serve Defendant Thao. Plaintiff shall file and serve a response to the Court's order to show cause by March 12, 2012. After reviewing the Mr. Cedeno's filing, the Court will advise the parties if a hearing on the Court's order will be necessary.

jsk

MINUTES FORM 11
CIVIL-GEN                                                                   Initials of Deputy Clerk: MU